IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RANCOURT LITTLE MOUNTAIN WOODELL, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. 18-4430 |
| | : | |
| v. | : | |
| | : | |
| PA.D.O.C. SECRETARY OF CORRECTIONS, JOHN WETZEL, SCI-PHOENIX SUPERINTENDENT, CORRECTIONS EMERGENCY RESPONSE TEAM JANE DOE # ONE or JOHN DOE # TWO, SCI-PHOENIX MAILROOM INSPECTOR NO. 2, and JANE DOE # THERE OR JOHN DOE # FOUR, | : : : : : : : : | |
| | : | |
| Defendants. | : | |

**ORDER**

**AND NOW**, this 1st day of June, 2020, after considering (1) the amended complaint filed by the *pro se* plaintiff, Rancourt Little Mountain Woodell ("Woodell") (Doc. No. 8); (2) Woodell's request to submit exhibit (Doc. No. 19); (3) the motion to dismiss the amended complaint filed by Tammy Ferguson and John Wetzel (Doc. No. 22); (4) Woodell's motion to oppose settlement agreement (Doc. No. 23); (5) Woodell's response to the motion to dismiss (Doc. No. 24); (6) Woodell's motion for leave to expand the record, preliminary injunction and/or judicial notice (Doc. No. 25); and (7) Woodell's "motion for leave to expand the record duty to disclose" (Doc. No. 26); and for the reasons set forth in the separately filed memorandum opinion, it is hereby **ORDERED** as follows:

1. The motion to dismiss filed by Tammy Ferguson and John Wetzel (Doc. No. 22) is **GRANTED**;

2

    2.      The amended complaint (Doc. No. 8) is **DISMISSED WITH PREJUDICE** except for any official capacity claims against Tammy Ferguson or John Wetzel, which are **DISMISSED WITHOUT PREJUDICE** for lack of subject-matter jurisdiction;

    3.      Woodell does not have leave to file a second amended complaint;

    4.      Woodell's motion to oppose settlement agreement (Doc. No. 23) is **DENIED**;

    5.      Woodell's motion for leave to expand the record, preliminary injunction and/or judicial notice (Doc. No. 25) is **DENIED**;

    6.      Woodell's motion for leave to expand the record duty to disclose (Doc. No. 26) is **DENIED**; and

    7.      The clerk of court shall mark this matter as **CLOSED**.

BY THE COURT:

/s/ *Edward G. Smith*
EDWARD G. SMITH, J.